**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:09CV180**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **WILLIAM B. FERRELL and** | ) | |
| **LORI L. FERRELL,** | ) | **Adv. Case No. 08-40677** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | |
| **WILLIAM B. FERRELL,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **WAYNE SIGMON, Trustee,** | ) | |
| | ) | |
| **Appellee.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Appellant's *pro se*
response, filed July 9, 2009, to the Court's Show Cause Order, which the
Court construes as a motion for additional time in which to comply with
Federal Rule of Bankruptcy Procedure 8006.

For the reasons stated in Appellant's response and for cause shown,
the Court will grant a modest extension of time.

**IT IS, THEREFORE, ORDERED** that the Appellant's request for an extension of time in which to comply with Rule 8006 is **ALLOWED**, and he has 20 days from entry of this Order to comply with Rule 8006 and to prosecute the appeal.

Signed: July 15, 2009

Lacy H. Thornburg
United States District Judge