# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:09CV180

IN RE:                                    )
                                          )
**WILLIAM B. FERRELL and**               )
**LORI L. FERRELL,**                      )          **Adv. Case No. 08-40677**
                                          )
              **Debtors.**       )
                                          )
_____          )
                                          )
**WILLIAM B. FERRELL,**                   )
                                          )
              **Appellant,**      )
                                          )
        **Vs.**                  )          <u>**ORDER OF DISMISSAL**</u>
                                          )
**WAYNE SIGMON, Trustee,**                )
                                          )
              **Appellee.**       )
_____          )

      **THIS MATTER** is before the Court for dismissal of the appeal herein

due to the Appellant's failure to comply with Federal Rule of Bankruptcy

Procedure 8006.

      The Appellant, having been afforded additional time in which to

comply with Rule 8006, and such extension of time expired August 4,

2009, and his having failed to do so,

**IT IS, THEREFORE, ORDERED** that the Appellant's appeal filed May 12, 2009, is hereby **DISMISSED**.

Signed: August 11, 2009

Lacy H. Thornburg
United States District Judge